In the Matter of PRINCE MC., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WENDELL MC., Appellant. (Proceeding No. 1.) In the Matter of RASHAUN MC., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WENDELL MC., Appellant. (Proceeding No. 2.) In the Matter of ELIJAH MC., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WENDELL MC., Appellant. (Proceeding No. 3.) In the Matter of TANZENIAH MC., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WENDELL MC., Appellant. (Proceeding No. 4.) In the Matter of MAJESTIC MC., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WENDELL MC., Appellant. (Proceeding No. 5.) In the Matter of TERRANCE MC., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; WENDELL MC., Appellant. (Proceeding No. 6.) [931 NYS2d 261]—

A hearing pursuant to Family Court Act § 1028 is intended to give a parent an opportunity for the prompt return of his or her children pending trial, and a Family Court has no discretion to deny a parent's application pursuant to section 1028 without a hearing if the statute's conditions are satisfied (*see Matter of Kristina R.*, 21 AD3d 560, 562-563 [2005]; *Matter of Cory M.*, 307 AD2d 1035, 1036 [2003]; *Matter of Melissa H.*, 62 AD2d 1045 [1978]). Under the circumstances of this case, the Family Court improperly denied the mother's motion to return the subject children to her custody pursuant to Family Court Act § 1028 without holding a hearing (*see* Family Ct Act § 1028 [a]; *Matter of Cory M.*, 307 AD2d at 1036).

Contrary to the determination of the Family Court, the mother's prior waiver of her right to a hearing pursuant to Family Court Act § 1028 (a), which occurred before she made the present motion to return the subject children to her custody pursuant to Family Court Act § 1028, did not warrant the denial of her present motion without a hearing. Family Court Act § 1028 expressly permits the making of an application under that statute at any time during the pendency of the proceedings, notwithstanding a prior waiver of the right to a hearing under that statute (*see* Family Ct Act § 1028 [a]). Mastro, J.P., Angiolillo, Belen and Lott, JJ., concur.